IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DEBRA S. WALDEN                                                                                    PLAINTIFF

V.                                                                         CIVIL ACTION NO. 1:04CV295-D-B

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY                                                                                DEFENDANT

## FINAL JUDGMENT

On consideration of the file and records in this action, including the Report and

Recommendation that the United States Magistrate Judge entered in this cause on March 13, 2006,

and the objections to the Report and Recommendation submitted by the Plaintiff, the court finds that

the objections shall be overruled and that the Report and Recommendation should be approved and

adopted as the opinion of the court.

It is, therefore, **ORDERED** that**:**

1.      The subject Report and Recommendation of the Magistrate Judge is hereby APPROVED
        AND ADOPTED as the opinion of the court; and

2.      the decision of the Commissioner is AFFIRMED, and this case is CLOSED.

THIS, the 28th day of March 2006.


                                                        /s/ Glen H. Davidson
                                                        Chief Judge